7-1-24  7-3-24
Patrick Wright

FILED
James J. Vilt JR, Clerk
7/15/2024
U.S. District Court
Western District of Kentucky

Dear Judge H. Brent Brennenstuhl

I'm Anthony Wilson A Federal Inmate At FCI Beckley In Beaver West Virginia, I'm writing This letter Because There Was An Order Made On My Case NO. 3:21-CR-00059-RGJ-1 And That order gave Me 14 Days To Respond. 1. I was never Served This Order Thru legal Mail And 2. The Prison was locked Down Only Modified Movement When The Order Was Made So I Had no Access To A law library. I Found Out Thru PACER on June 24th, 2024 from my wife that my motion was Denied on 5-22-24 Because I never Responded To The objection that was made well at that time the Prison was Also locked Down!! The Secetary Of My Unit Has Come forward And will Notarize This letter I'm writing Agreein with me As A witness that The Prison was Indeed locked Down or On Modified movement On These Dates, And That I Had No Access To A law library To Properly Prepare My Response To The Government All I'm Asking For Is 14 Days To prepare My Response Judge... Thank you In Advance.

Sincerly, #43925-509
Anthony Wilson

Witness: X _____

[Notary stamp, mirrored:]
STATE OF WASHINGTON
NOTARY PUBLIC
CHERYL WEST
LICENSE #
9600 Richmond Road
Bremerton, WA 98312
My Commission Expires July 30, 2025

Tinthony Wilson # 46425-509
FCI Beckley
P.O. Box 350
Beaver WV, 25813



CHARLESTON WV 250
11 JUL 2024 PM 2 L

**RECEIVED**
JAMES J. VILT, JR. - CLERK
JUL 15 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk of Courts
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202-2249

FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
BEAVER, WV 25813
DATE 7-10-24

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION, YOU MAY WISH TO RETURN THE
MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.